# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE RITZ HOTEL, LTD.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **SHEN MANUFACTURING CO., INC.** | : | 05-4730 |

## ORDER

      AND NOW, this 25th day of June, 2009, upon review of the Motion by Shen Manufacturing Co., Inc. for Partial Summary Judgment (paper no. 46) together with The Ritz Hotel, Ltd.'s memorandum in opposition (paper no. 50 ) and Shen's reply brief (paper no. 59), and after a hearing on May 5, 2008, at which counsel for the parties were present, it is hereby **ORDERED** that Defendant Shen Manufacturing Co., Inc.'s Motion for Partial Summary Judgment as plaintiff on Count IV of its amended counterclaim for trademark infringement under § 32 of the Lanham Trademark Act, 15 U.S.C. § 1114(1), is **DENIED** for the reasons stated in the Memorandum filed this day.

                                          /s/ Norma L. Shapiro
                                          Norma L. Shapiro, J.