LAW OFFICES

# HARDING, EARLEY, FOLLMER & FRAILEY, P.C.

JOHN F.A. EARLEY III
FRANK J. BONINI, JR.

86 THE COMMONS AT VALLEY FORGE EAST
1288 VALLEY FORGE ROAD
POST OFFICE BOX 750
VALLEY FORGE, PENNSYLVANIA 19482-0750

U.S. AND
INTERNATIONAL
INTELLECTUAL
PROPERTY

TELEPHONE          E-MAIL                         FAX
(610) 935-2300  heff@hardingearley.com  (610) 935-0600

November 16, 2009

Via First Class Mail and Email
Bruce R. Ewing, Esquire
DORSEY & WHITNEY, LLP
250 Park Avenue
New York, New York 10177

RE:  The Ritz Hotel, Ltd. v. Shen Manufacturing Company Incorporated
     Civil Action No. 05-CV-04730
     Our File: Shen E-2460
     Your Ref.: 457417-00020

Dear Bruce:

We are transmitting herewith Shen's objections to RHL's trial exhibits. Also enclosed are Shen's deposition designations for the depositions that Shen plans to use at trial and counter designations of Michelle Alfandari. Please be advised that we did not understand the October 23rd Order to require that we would designate the depositions, receive your counter-designations and meet and confer on objections to take place before October 26, 2009. Shen will seek leave to use these depositions at trial. We note that you have a motion to preclude the use of depositions by Shen, but notwithstanding, if you have counter-designations and or objections, please provide them.

Sincerely yours,

Frank J. Bonini, Jr.

FJB/njs
Enclosure
cc:  Lile H. Deinard, Esquire
     Christopher Scott D'Angelo, Esquire
     Christina D. Frangiosa, Esquire
     Mitchell R. Schrage, Esquire
     R. Tali Epstein, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE RITZ HOTEL LIMITED<br>Plaintiff/Counterclaim Defendant<br><br>v.<br><br>SHEN MANUFACTURING COMPANY INCORPORATED,<br>Defendant/Counterclaim Plaintiff | CIVIL ACTION<br><br>2:05-cv-04730 (NS) |

## SHEN MANUFACTURING COMPANY INCORPORATED'S DEPOSITION DESIGNATIONS AND COUNTER DESIGNATIONS

| Witness | Shen's Designations | RHL Counter Designations | Objections |
|---|---|---|---|
| Carole Francesca | | | |
| | 4: 2-3 | | |
| | 5: 2-8 | | |
| | 38: 20- 39: 8 | | |
| | 39: 25 – 40: 2 | | |
| | 47: 9- 48:11 | | |
| | 48: 15- 50: 16 | | |
| | 95: 6-14 | | |
| | 117: 19- 118:7 | | |
| | 118:12-18 | | |
| | 138: 16-24 | | |
| | 169: 2- 170: 2 | | |
| | | | |
| George Mantis | | | |
| | 3: 14-22 | | |
| | 17: 4-10; 13-15 | | |
| | 20: 18-19 | | |
| | 21: 4-6 | | |
| | 31: 19-20 | | |
| | 32: 5-7 | | |

|  | 46: 24- 47: 10 |  |  |
|---|---|---|---|
|  | 47: 19-21 |  |  |
|  | 48: 10- 49: 7 |  |  |
|  | 52: 10-12; 15-19 |  |  |
|  | 53: 8-13; 18-24 |  |  |
|  | 56: 1-16 |  |  |
|  | 58: 19- 59: 4 |  |  |
|  | 59: 11- 60: 1 |  |  |
|  | 60: 12-16 |  |  |
|  | 61: 9-10; 12- 62: 1 |  |  |
|  | 62: 5- 63: 12 |  |  |
|  | 63: 23- 64: 2 |  |  |
|  | 64: 13-18 |  |  |
|  | 72: 21- 73:1 |  |  |
|  | 75: 15- 76:5 |  |  |
|  | 85: 21- 86:5 |  |  |
|  | 89: 5-16 |  |  |
|  | 99: 4-8; 13-17 |  |  |
|  | 100: 1-12 |  |  |
|  | 100: 23- 101: 1 |  |  |
|  | 101: 7-17 |  |  |
|  | 112: 21- 113:16 |  |  |
|  | 117: 17- 118: 18 |  |  |
|  | 122: 1-15 |  |  |
|  | 124: 6- 17 |  |  |
|  | 126: 5-13 |  |  |
|  | 126: 17- 127:1 |  |  |
|  | 146: 3-18 |  |  |
|  | 147: 5-9 |  |  |
|  | 152: 6- 153: 19 |  |  |
|  | 154: 4-19 |  |  |
|  | 155: 7-21 |  |  |
|  | 156: 2-5 |  |  |
|  | 156: 18- 157:1 |  |  |
|  | 159: 12- 160: 6 |  |  |
|  | 163: 6-10 |  |  |
|  | 163: 19- 164: 6 |  |  |
|  | 170: 13-20 |  |  |
|  |  |  |  |
| **Dawn Riley** |  |  |  |
|  | 5: 3 |  |  |
|  | 15: 13-16 |  |  |
|  | 15: 19- 16:22 |  |  |

|  |  |  |  |
|---|---|---|---|
|  | 17: 10-11 |  |  |
|  | 17: 13- 18: 6 |  |  |
|  | 19: 11-18 |  |  |
|  | 24: 12- 25: 3 |  |  |
|  | 48: 18- 49:14 |  |  |
|  | 49: 18-20 |  |  |
|  | 50: 8-16 |  |  |
|  | 58: 12-21 |  |  |
|  | 59: 5-17 |  |  |
|  | 59: 20- 60: 5 |  |  |
|  |  |  |  |
| Joseph Thomas Fahy, Jr. |  |  |  |
|  | 6: 24- 7:15 |  |  |
|  | 16: 9- 17:18 |  |  |
|  | 19: 5-16 |  |  |
|  | 19: 21- 24: 11 |  |  |
|  | 24: 15-25: 8 |  |  |
|  | 25: 13- 26:1 |  |  |
|  | 26: 4-14 |  |  |
|  | 26:23– 27: 13 |  |  |
|  | 27: 17- 28: 4 |  |  |
|  | 28: 24- 29: 19 |  |  |
|  | 30: 3- 11 |  |  |
|  | 30: 16-23 |  |  |
|  | 31: 8-18 |  |  |
|  | 32:3-6; 32: 8-17 |  |  |
|  | 32:20- 33: 5 |  |  |
|  | 33:9- 34:6 |  |  |
|  | 35: 4- 9 |  |  |
|  | 35: 13- 36: 13 |  |  |
|  | 36: 24- 37:14 |  |  |
|  | 37: 22- 38: 8 |  |  |
|  | 39: 7-18 |  |  |
|  | 45: 18-20 |  |  |
|  | 46: 2-19 |  |  |
|  | 47: 7-12 |  |  |
|  | 52: 7-18 |  |  |
|  | 74: 2-11; 74: 15-18 |  |  |
|  | 78: 14-18 |  |  |
|  |  |  |  |
| Annick Migne |  |  |  |
|  | 4:10-11 |  |  |

|  | | | |
|---|---|---|---|
|  | 14: 23- 15: 5 |  |  |
|  | 17: 5-6; 17: 14-21 |  |  |
|  | 56: 1-57: 5; 57:9 |  |  |
|  | 71: 5-11; 71:14-23 |  |  |
|  | 72: 5-8; 72:10-13 |  |  |
|  | 72: 18- 73: 4 |  |  |
|  | 73: 15-17 |  |  |
|  | 75: 7-10; 75: 14-21 |  |  |
|  | 76: 2-11 |  |  |
|  | 87: 2-18; 87: 25- 88:5 |  |  |
|  | 88: 15-19; 88: 23- 89:13 |  |  |
|  | 90: 9-15; 90: 18-20 |  |  |
|  | 101: 5-7; 101: 10-14; 101:16; 101:19-20 |  |  |
|  | 111: 5-7 |  |  |
|  | 115:1-19; 115:21-22 |  |  |
|  | 118:12-22; 118: 25- 119:1; 119:5 |  |  |
|  | 119: 24- 120:19 |  |  |
|  | 121: 2-9 |  |  |
|  | 122: 13-16 |  |  |
|  | 124: 19- 125: 1 |  |  |
|  | 125: 7-13 |  |  |
|  | 125: 23-24; 126: 2-9; 126: 13-17 |  |  |
|  | 126: 22- 127:8 |  |  |
|  | 127: 16-24 |  |  |
|  | 128: 7; 128: 10-16 |  |  |
|  | 129: 11-16 |  |  |
|  | 136: 19- 137: 5; 137: 8 |  |  |
|  | 137:11-20; 137: 23- 138: 3 |  |  |
|  | 192: 12-15 |  |  |
|  | 192: 23- 193: 3 |  |  |
|  | 193: 22-24 |  |  |
|  | 194: 4-20 |  |  |
|  | 195: 6-10 |  |  |
|  | 196: 22-25 |  |  |
|  | 197: 8-14 |  |  |
|  | 207: 1-7; 207: 11-14 |  |  |
|  | 221: 17-20 |  |  |
|  | 222: 16-22 |  |  |
|  | 223: 4-6; 223: 9-12' |  |  |

|  |  |  |  |
|---|---|---|---|
|  | 223: 14-15 |  |  |
|  | 223: 21-25 |  |  |
|  | 224: 5-8; 15-25 |  |  |
|  | 225: 1-20 |  |  |
|  | 228: 19-229: 6 |  |  |
|  | 230: 2-7; 230: 10-11; 230: 14- 231: 1 |  |  |
|  | 232: 17-25 |  |  |
|  | 234: 1-16 |  |  |
|  | 235: 19-23 |  |  |
|  | 236: 1-10; 236: 13 |  |  |
|  | 240: 1-12 |  |  |
|  | 244: 12-20 |  |  |
|  | 246: 4-20 |  |  |
|  | 247: 3-16 |  |  |
|  | 251: 5-23 |  |  |
|  | 264: 19-20 |  |  |
|  | 264: 24- 265: 7 |  |  |
|  | 267: 14-21 |  |  |
|  | 268: 1-13 |  |  |
|  |  |  |  |
| Frank J. Klein |  |  |  |
|  | 6: 5-10 |  |  |
|  | 13: 17-19 |  |  |
|  | 14: 8-17 |  |  |
|  | 15: 4-7; 15: 15-20 |  |  |
|  | 20: 13-20 |  |  |
|  | 36: 3-20 |  |  |
|  | 39: 22-23 |  |  |
|  | 40: 3-20 |  |  |
|  | 43: 3-5; 43: 20- 44: 3 |  |  |
|  | 57: 12-20 |  |  |
|  | 58: 19- 59: 4 |  |  |
|  | 59: 9-10; 59: 13- 60: 3 |  |  |
|  | 79: 4-7; 79: 10-16 |  |  |
|  | 90: 15-24 |  |  |
|  | 91: 3-10 |  |  |
|  | 91: 25- 92:6 |  |  |
|  | 92: 11-21 |  |  |
|  | 94: 21- 95: 1; 95: 3 |  |  |
|  | 95: 8-10; 95: 16-20 |  |  |
|  | 97: 9-21 |  |  |
|  | 98: 12- 99:6 |  |  |
|  | 99: 11-23 |  |  |

| | | | |
|---|---|---|---|
| | 108: 16- 109: 1 | | |
| | 115: 24- 116: 3 | | |
| | 128: 22- 129: 14 | | |
| | 140: 5- 141: 7 | | |
| | 141: 16-23 | | |
| | 151: 9- 152: 24 | | |
| | 154: 6-10; 154: 20-21 | | |
| | 155: 4-11 | | |
| | 155: 19- 156: 15 | | |
| | 157: 8-13 | | |
| | 158: 11-14; 158: 18- 159: 13 | | |
| | 159: 21- 160: 7 | | |
| | 160:9:15 | | |
| | 164: 12-19 | | |
| | 165: 6-14 | | |
| | 169: 8-13 | | |
| | 204: 13-19 | | |
| | 207: 19- 208: 7 | | |
| | 211: 7- 212: 4; 212: 7-19 | | |
| | 212: 23- 213: 11 | | |
| | 217:2-9 | | |
| | 218:3-5 | | |
| | 218:19- 219:12 | | |
| | 219:15-16 | | |
| | 219:19- 220:2 | | |
| | 220:18- 221:6 | | |

**The Ritz Hotel Limited's Designations:**

| Witness | RHL's Designations | Shen's Counter | Objections |
|---|---|---|---|
| **Michelle Alfandari** | | | |
| | 4:9-19 | 4:20-5:3 | |
| | 5:9-13 | 5:14-19 | |
| | 5:20-6:11 | 7:2-6; 7:19-24 | |
| | 8:21- 9: 4 | 9:5-11 | |
| | | 13:25-14:3 | |
| | | 14:17-15:5 | |
| | 28:1-30:10 | | |
| | 30:2-10 | | |

|  | 33:10-34:5 |  |  |
|---|---|---|---|
|  |  | 46:2-47:12 |  |
|  |  | 47:21-48:4 |  |
|  | 61:15- 62:16 | 62:17-63:16 |  |
|  | 63:17-64:1 |  |  |
|  |  | 101:18-102:9 |  |
|  | 108:11-25 |  |  |
|  | 109:1-111:2-15 |  |  |
|  | 115:15-116:8 | 116:24:-117:11 |  |
|  |  | 117:19-118:7 |  |
|  |  | 118:19-20; 118:22-23; 118:25-119:10 |  |
|  |  | 119:13-25 |  |
|  |  | 120:4-11; 120:15-21 |  |
|  |  | 122:6-124:9 |  |
|  | 125:22:-126:15 | 124:24-125:16 |  |
|  |  | 127:4-129:14 |  |
|  |  | 131:10-21 |  |
|  | 133:11-134:10 | 135:7-9; 135:12-136:4 |  |
|  |  | 147:22-148:5 |  |
|  |  | 148:16-19 |  |
|  |  | 149:6-14 |  |
|  | 151:12-161:11 |  |  |

Date: <u>November 16, 2009</u>

Respectfully submitted,
HARDING, EARLEY, FOLLMER & FRAILEY

s/Frank J. Bonini, Jr./
John F.A. Earley III, Esquire,
Frank J. Bonini, Jr., Esquire,
86 The Commons at Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, PA 19482-0750
(610) 935-2300
*Attorneys for Defendant Counterclaim-Plaintiff*
*Shen Manufacturing Company, Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing SHEN MANUFACTURING COMPANY INCORPORATED'S DEPOSITION DESIGNATIONS were served on this 16th day of November 2009, by sending the same electronically to:

Lile H. Deinard, Esquire
Bruce R. Ewing, Esquire
DORSEY & WHITNEY, LLP
250 Park Avenue
New York, New York 10177

Christopher Scott D'Angelo, Esquire
Christina D. Frangiosa, Esquire
MONTGOMERY, MCCRACKEN, WALKER & RHOADS LLP
123 South Broad Street
Philadelphia, PA 19109-1099

Mitchell R. Schrage, Esquire
R. Tali Epstein, Esquire
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, New York 10119

                                                        s/Frank J. Bonini, Jr./