IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE RITZ HOTEL LIMITED<br>    Plaintiff/Counterclaim Defendant | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : <br> : <br> : <br> : | 2:05-cv-04730 (NS) |
| SHEN MANUFACTURING COMPANY INCORPORATED,<br>    Defendant/Counterclaim Plaintiff | : <br> : <br> : <br> : <br> : | |

**MOTION OF SHEN MANUFACTURING COMPANY INCORPORATED TO TREAT THE RITZ HOTEL LIMITED'S MOTION TO EXCLUDE TESTIOMNY OF GARY KRUGMAN (DKT. 128) AS MOOT**

Shen Manufacturing Company Incorporated hereby withdraws from its witness list the designation of Gary Krugman, and therefore, the Ritz Hotel Limited's Motion to exclude testimony of Gary Krugman (Dkt. 128) should be dismissed as moot.

Date: <u>November 18, 2009</u>                    Respectfully submitted,
                                                  HARDING, EARLEY, FOLLMER & FRAILEY

                                                  <u>s/Frank J. Bonini, Jr./</u>
                                                  John F.A. Earley III, Esquire,
                                                  Frank J. Bonini, Jr., Esquire,
                                                  86 The Commons at Valley Forge East
                                                  1288 Valley Forge Road
                                                  P.O. Box 750
                                                  Valley Forge, PA 19482-0750
                                                  (610) 935-2300
                                                  *Attorneys for Defendant Counterclaim-Plaintiff*
                                                  *Shen Manufacturing Company, Incorporated*

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Defendant Shen Manufacturing Company Incorporated's MOTION OF SHEN MANUFACTURING COMPANY INCORPORATED TO TREAT THE RITZ HOTEL LIMITED'S MOTION TO EXCLUDE TESTIOMNY OF GARY KRUGMAN (DKT. 128) AS MOOT and PROPOSED ORDER were served on this 18th day of November, 2009, by sending the same electronically to:

Lile H. Deinard, Esquire
Bruce R. Ewing, Esquire
DORSEY & WHITNEY, LLP
250 Park Avenue
New York, New York 10177

Christopher Scott D'Angelo, Esquire
Christina D. Frangiosa, Esquire
MONTGOMERY, MCCRACKEN, WALKER & RHOADS LLP
123 South Broad Street
Philadelphia, PA 19109-1099

Mitchell R. Schrage, Esquire
R. Tali Epstein, Esquire
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, New York 10119

By: s/Frank J. Bonini, Jr./